IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02192-RPM-MEH

RANDY KENNEDY,

    Plaintiff,

v.

MASON WHITNEY, in his individual capacity,
SUSAN E. KIRKPATRICK, in her individual capacity,
HANS KALAM, in his individual capacity,
MONA HEUSTIS, in her individual capacity,
JANA SEALY, in her individual capacity,

    Defendants.

ORDER REGARDING STIPULATED MOTION TO DISMISS WITH PREJUDICE

Pursuant to the Stipulated Motion to Dismiss with Prejudice [20], it is

**ORDERED** that the Stipulated Motion to Dismiss with Prejudice is **GRANTED,** and this matter be and hereby is dismissed with prejudice, each party to pay their own attorney fees and costs.

DONE AND SIGNED this 17th day of June, 2009.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge